UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION FOR
GUN RIGHTS,

   Plaintiff,

  v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

   Defendant.

Civil Action No. 24-3163 (JEB)

## JOINT STATUS REPORT

Plaintiff National Association for Gun Rights ("NAGR") and Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") respectfully submit this joint status report apprising the Court of the status of this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, case.

Since the last joint status report, Defendant completed its rolling productions of records responsive to Plaintiff's requests, sending Plaintiff its third and final production on March 31, 2026. Plaintiff previously agreed to eliminate parts 1(a) and 1(d) of the request. Defendant's subsequent search for records responsive to Part 1 of Plaintiff's request based on this narrowing criteria yielded the following page totals: 1(b) resulted in 0 potentially responsive pages, 1(c) resulted in 15,284 potentially responsive pages, 1(e) resulted in 9,082 potentially responsive pages, and 1(f) resulted in 13,041 potentially responsive pages. As to Parts Two and Three of Plaintiff's request, Defendant previously reported that it had already completed the search. Plaintiff has reviewed the productions and has requested clarification from Defendant about the search it

conducted and its redaction of the produced documents. Plaintiff and Defendant are collaborating on Plaintiff's request.

The parties propose that they be able to file a joint status report by Tuesday, June 9, 2026.

Date:   April 7, 2026

PROTECT THE PUBLIC'S TRUST

By Counsel:

*/s/ Jacob William Roth*
Jacob William Roth
CONTARINO ROTH LLC
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
Telephone: 561 872 6508
JRoth@contarinoroth.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      */s/ Sam Escher*
         SAM ESCHER, D.C. Bar #1655538
         Assistant United States Attorney
         601 D Street, NW
         Washington, DC 20530
         (202) 252-2531
         Sam.Escher@usdoj.gov

*Attorneys for United States of America*

2