UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>Defendant. | Civil Action No. 24-3163 (JEB) |

**SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Danielle D. Peraza and remove the appearance of Assistant United States Attorney Sam Escher as counsel for Defendant Bureau of Alcohol, Tobacco, Firearms, and Explosives in the above-captioned case.

Dated: October 8, 2026

Respectfully submitted,

By: *\/s/ Danielle D. Peraza*

DANIELLE D. PERAZA, DC Bar No. 900938597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-7246

*Attorney for the United States of America*